IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| ex rel., Mark R. Gacek, Sr., | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 1:14-cv-342-TFM-B |
| PREMIER MEDICAL | : | |
| MANAGEMENT, INC. | : | |
| Defendant. | : | |

## **ORDER**

Pending before the court the parties' *Joint Stipulation of Dismissal* (Doc. 155, filed January 28, 2019). Generally, the Federal Rules of Civil Procedure permit a plaintiff to voluntarily dismiss the action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A). However, claims brought on behalf of the United States pursuant to the False Claims Act require an extra step in the analysis. (*See* Doc. 149).

After the Court issued its prior ruling, the parties ultimately agreed that a settlement had been reached and the dismissal would be with prejudice as to Relator Mark R. Gacek, Sr., and without prejudice as to the United States. (*See* Doc. 150). The joint stipulation is not completely clear as to that fact. However, when considered in conjunction with the prior status reports and this Court's previous order, the Court finds that the joint stipulation is sufficient. (*See* Docs. 149-155).

Consequently, by operation of Rule 41, this action has been dismissed in accordance with the joint notice with the consent of the United States. Therefore, this case is dismissed with

prejudice as to Mark R. Gacek, Sr.'s, individual claims with the parties to bear their own attorneys' fees and costs. The case is dismissed without prejudice as to those claims brought by Gacek on behalf of the United States.

The Clerk of the Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this 28th day of January 2019.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE
