# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| ex rel., Mark R. Gacek, Sr., | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 1:14-cv-342-TFM-B |
| PREMIER MEDICAL | : | |
| MANAGEMENT, INC. | : | |
| Defendant. | : | |

## **ORDER**

Pending before the Court is Defendant's Consent *Motion to Alter or Amend*. (Doc. 158, filed February 7, 2019). Defendant moves the Court to amend its order on the parties' Joint Stipulation of Dismissal (Doc. 157), as agreed to by Plaintiff Mark R. Gacek, Sr., and Defendant, to reflect the claims brought by Plaintiff Gacek, individually or as Relator on behalf of the United States, are dismissed with prejudice and the United States is dismissed without prejudice. (Doc. 158, ¶ 4). Neither Plaintiff Gacek nor the United States object to Defendant's motion. (Doc. 158, ¶ 5). Accordingly, Defendant's Consent Motion to Alter or Amend (Doc. 158) is hereby **GRANTED** and the Court's order on the parties' Joint Stipulation of Dismissal (Doc. 157) is **AMENDED** to reflect the claims brought by Plaintiff Mark R. Gacek, Sr., individually and as Relator on behalf of the United States, are dismissed with prejudice and the United States is dismissed without prejudice.

**DONE** and **ORDERED** this 14th day of February 2019.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE